UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund et al , <br><br> Petitioners, <br><br> v. <br><br> J&V Locks and Doors Inc., <br><br> Respondent. | 26-CV-157 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On January 8, 2026, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby **ORDERED** that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **January 30, 2026**. Respondent's opposition, if any, is due on **February 19, 2026**.  Petitioners' reply, if any, is due **February 26, 2026**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **January 15, 2026**.

SO ORDERED.

Dated: January 9, 2026
New York, New York

_____
DALE E. HO
United States District Judge