UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK,

26 CV 0157 (DEH)

**ORDER AND JUDGMENT**

                                        Petitioners,

-against-

J&V LOCKS AND DOORS INC.,

                                        Respondent.

The Petitioners having filed a petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the October 28, 2025 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Ordering Respondent to make its books and records available to Petitioners within thirty (30) days for purposes of an audit in compliance with the Award;

3. Awarding Petitioners $142,440.01, plus pre-judgment interest thereon from October 28, 2025, the date set in the Award through the date of judgment, at an annual rate of 9.50% totaling **$9,157.13**, pursuant to the Award;

4. Awarding Petitioners $490 in costs arising out of this proceeding;

5. Awarding Petitioners $638.40 in attorneys' fees arising out of this proceeding; and

6. Awarding Petitioners post-judgment interest at the statutory rate.

**The Clerk of Court is respectfully directed to close this case.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 2, 2026
New York, New York